| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | TIMOTHY ZINDEL, #158377 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| | timothy_zindel@fd.org |
| 5 | |
| 6 | Attorney for Defendant |
| | KASIE R. LYDELL |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:18-MJ-00032 JDP |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) |
| KASIE R. LYDELL, | ) |
| | ) Date: September 11, 2018 |
| Defendant. | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Jeremy D. Peterson |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Kasie R. Lydell, that the status conference scheduled for September 11. 2018, may be continued to Wednesday, October 3, 2018, at 10:00 a.m.

Ms. Lydell relies on a friend for transportation to court and cannot be present on September 11. Her friend, Brian Reed, is also facing charges at Yosemite and his arraignment will be scheduled for October 3, when conflict counsel is scheduled to be present and expects to request appointment. Thus, for convenience of all involved, the parties ask to continue Ms. Lydell's status conference to October 3, 2018, at 10:00 a.m.

-1-

| | |
|---|---|
| | Respectfully Submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated: September 6, 2018 | /s/ T. Zindel<br>TIMOTHY ZINDEL<br>Assistant Federal Defender<br>Attorney for KASIE LYDELL |
| | McGREGOR SCOTT<br>United States Attorney |
| Dated: September 6, 2018 | /s/ T. Zindel for S. St. Vincent<br>SUSAN ST. VINCENT<br>Legal Officer |

## ORDER

The status conference scheduled for September 11, 2018, is continued to October 3, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: September 7, 2018

HON. JEREMY D. PETERSON
United States Magistrate Judge