| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, #294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | KASIE R. LYDELL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:18-mj-0032-JDP |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA & SENTENCING HEARING |
| vs. | |
| KASIE R. LYDELL, | DATE: October 30, 2018 |
| | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the change of plea and sentencing hearing currently scheduled for October 3, 2018, may be continued to October 30, 2018 at 10:00 a.m.

The parties have reached an agreement and Ms. Lydell is prepared to enter a change of plea at the next hearing date. However, Ms. Lydell is unable to be present for the hearing on October 3, 2018 due to a lack of transportation and a lack of financial resources. Ms. Lydell will not receive her public assistance disbursement, which is needed to fund her travel to the district court in Yosemite, until mid-October. She is currently struggling with homelessness and having to choose between using what little funds she has to buy food or buy gas to travel to Court.

It is therefore the request of the parties to continue the hearing in this matter to October 30, 2018 so that Ms. Lydell will be able to travel to the district court for the hearing without

jeopardizing her ability to afford basic necessities during the month.

Respectfully submitted,

MCGREGOR SCOTT
United States Attorney

DATED: September 26, 2018  By: */s/ Susan St. Vincent*
SUSAN ST. VINCENT
Acting Legal Officer
National Park Service
Yosemite National Park

HEATHER E. WILLIAMS
Federal Defender

DATED: September 26, 2018  By: */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
KASIE R. LYDELL

# **O R D E R**

Good cause appearing, the above STIPULATION TO CONTINUE SENTENCING in Case No. 6:18-mj-0032-JPD is hereby accepted and adopted as the order of this court. The hearing currently set for October 3, 2018 is hereby continued to **October 30, 2018 at 10:00 a.m.**

IT IS SO ORDERED.

Dated:   September 27, 2018

UNITED STATES MAGISTRATE JUDGE