| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW C. BOCKMON, #161566 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | matthew_bockmon@fd.org |

Attorney for Defendant
KASIE R. LYDELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:18-mj-032 JDP |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA; WAIVER OF PERSONAL APPEARANCE; AND REQUEST TO APPEAR BY VIDEO CONFERENCE** |
| KASIE R. LYDELL, | ) | |
| Defendant. | ) | |
| | ) | Date: October 30, 2018 |
| | ) | Time: 10:00 a.m. |
| | | Judge: Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the change of plea and sentencing hearing currently scheduled for October 30, 2018, may be continued to November 28, 2018 at 10:00 a.m.

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant, KASIE R. LYDELL, having been advised of her right to be present at all stages of proceedings, hereby requests this Court permit her to waive her right to personally appear for her Change of Plea and be allowed to appear via video conference from the United States District Court in Redding, California. Ms. Lydell agrees that her interests shall be represented at all times by the presence of her attorney, Assistant Federal Defender David Harshaw, the same as if she were personally present, and requests that this Court allow her attorney-in-fact to represent her interests at all times. The government has no objection to this request.

-1-

Ms. Lydell respectfully request this Court grant a waiver of her right and obligation to be personally present at the Change of Plea and that she be permitted to appear via video conference from the United States District Court in Redding, California. Travel to Yosemite National Park represents a financial hardship.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  October 26, 2018          */s/ Matthew C. Bockmon*
                                  MATTHEW C. BOCKMON
                                  Assistant Federal Defender
                                  Attorney for KASIE LYDELL


McGREGOR SCOTT
United States Attorney

Dated:  October 26, 2018          */s/ Matthew C. Bockmon for S. St. Vincent*
                                  SUSAN ST. VINCENT
                                  Legal Officer


**O R D E R**

**GOOD CAUSE APPEARING**, the above Stipulation to Continue Change of Plea, request for defendant's waiver of personal appearance and request to appear via video conference from the United States District Court in Redding, California for her Change of Plea hearing on November 28, 2018 at 10:00 a.m. is hereby accepted and adopted.

IT IS SO ORDERED.


Dated:   October 29, 2018         _____
                                  UNITED STATES MAGISTRATE JUDGE