HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID HARSHAW, KY Bar # 86435
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorneys for Defendant
KASIE R. LYDELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:18-MJ-00032-JDP |
|---|---|
| Plaintiff, | MOTION AND ORDER FOR CONTINUANCE |
| v. | |
| KASIE R. LYDELL, | NEXT DATE: November 28, 2018<br>TIME            10:00 a.m.<br>JUDGE:         Hon. Jeremy D. Peterson |
| Defendant. | |

Defendant, Kasie R. Lydell, requests a continuance of the current court date.  Defendant and her co-defendant are homeless and live in their car.  They are currently residing in that car in the Fort Dick area of California.  They had planned to attend court on November 28, 2018 by VTC from the Redding Federal Courthouse.  However, their car was broken into and their money stolen.  Please see exhibit A (Photo of Car sent by Defendant).  They have no ability to pay for the gas for the 220 mile trip to Redding.  Moreover, the car is their only transportation and it is raining and the window is busted out, which makes driving difficult and likely unsafe.

DATED: November 27, 2018                Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ David Harshaw*
                                        DAVID HARSHAW
                                        Assistant Federal Defender

                                        Attorneys for KASIE R. LYDELL

## ORDER

Having considered the motion, the court continues Case No. 6:18-MJ-00032-JDP, *United States vs. Lydell*, until January 29, 2019, at 10 a.m.

IT IS SO ORDERED.

Dated:   November 29, 2018                 *[signature: Jeremy Peterson]*
                                                               UNITED STATES MAGISTRATE JUDGE