HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
matthew_bockmon@fd.org

Attorney for Defendant
KASIE R. LYDELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:18-mj-032 JDP |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA** |
| KASIE R. LYDELL, | Date: January 29, 2019 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the change of plea and sentencing hearing currently scheduled for January 29, 2019, may be continued to February 26, 2019 at 10:00 a.m.

The reason for the continuance is that the Redding Courthouse does not have video equipment available for Ms. Lydell to appear by video teleconference.

          Respectfully Submitted,

          HEATHER E. WILLIAMS
          Federal Defender

Dated: January 23, 2019        */s/ Matthew C. Bockmon*
          MATTHEW C. BOCKMON
          Assistant Federal Defender
          Attorney for KASIE LYDELL

McGREGOR SCOTT
United States Attorney

Dated: January 23, 2019

*/s/ Matthew C. Bockmon for S. St. Vincent*
SUSAN ST. VINCENT
Legal Officer

**O R D E R**

**GOOD CAUSE APPEARING**, the court continues the Plea and Sentence to February 26, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: January 23, 2019

_____
UNITED STATES MAGISTRATE JUDGE