HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
matthew_bockmon@fd.org

Attorney for Defendant
KASIE R. LYDELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:18-mj-032 JDP |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA** |
| KASIE R. LYDELL, | Date: February 26, 2019 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the change of plea and sentencing hearing currently scheduled for February 26, 2019, may be continued to March 19, 2019 at 10:00 a.m.

The reason for the continuance is that the Redding Courthouse does not have video equipment available for Ms. Lydell to appear by video teleconference. Courtroom Clerk, Christy Pine, has indicated the equipment needs to be ordered by the technical department and installed. There is no estimated time when the equipment will be received nor when the technical department will have time to travel to Redding, California to install it.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: February 20, 2019         */s/ Matthew C. Bockmon*_____
                                 MATTHEW C. BOCKMON
                                 Assistant Federal Defender
                                 Attorney for KASIE LYDELL

-1-

McGREGOR SCOTT
United States Attorney

Dated: February 20, 2019
*/s/ Matthew C. Bockmon for S. St. Vincent*
SUSAN ST. VINCENT
Legal Officer

# O R D E R

**GOOD CAUSE APPEARING**, the Court continues the Plea and Sentence to March 19, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: February 21, 2019

UNITED STATES MAGISTRATE JUDGE