HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
KASIE R. LYDELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:18-mj-032 JDP |
|---|---|
| Plaintiff, | ) |
| | ) **WAIVER OF PERSONAL APPEARANCE;** |
| v. | ) **AND REQUEST TO APPEAR BY VIDEO** |
| | ) **CONFERENCE** |
| KASIE R. LYDELL, | ) Date: April 17, 2019 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Jeremy D. Peterson |
| | ) |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant, KASIE R. LYDELL, having been advised of her right to be present at all stages of proceedings, hereby requests this Court permit her to waive her right to personally appear for her Change of Plea and be allowed to appear via video conference from the United States District Court in Los Angeles, California. Ms. Lydell agrees that her interests shall be represented at all times by the presence of her attorney, Assistant Federal Defender Timothy Zindel, the same as if she were personally present, and requests that this Court allow her attorney-in-fact to represent her interests at all times. The government has no objection to this request.

Ms. Lydell respectfully request this Court grant a waiver of her right and obligation to be personally present at the Change of Plea and that she be permitted to appear via video conference

/ / /

/ / /

-1-

from the United States District Court in Los Angeles, California. Travel to Yosemite National Park represents a financial hardship.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: April 9, 2019                    */s/ Timothy Zindel*
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for KASIE LYDELL

# **O R D E R**

**GOOD CAUSE APPEARING**, the above Stipulation to Continue Change of Plea, request for defendant's waiver of personal appearance and request to appear via video conference from the U.S. District Court in Los Angeles, California for her Change of Plea hearing on April 17, 2019 at 10:00 a.m. is hereby accepted and adopted.

IT IS SO ORDERED.

Dated:   April 12, 2019                    _____
                                           UNITED STATES MAGISTRATE JUDGE