HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
KASIE LYDELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KASIE LYDELL and BRIAN REED,<br><br>Defendants. | Case Number: 6:18-mj-0032-JDP.<br>6:18-mj-0045-JDP<br><br>STIPULATION TO CONTINUE REVIEW HEARING; AND [ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Kasie Lydell, by and through her attorney of record, Assistant Federal Defender Hannah Labaree, and Defendant Brian Reed, by and through his attorney of record, Carol Moses, that the review hearing in the case numbers *6:18-mj-0032-JDP* (United States v. Kasie Lydell), and *6:18-mj-0045 JDP* (United States v. Brian Reed), set for November 19, 2019, be continued to December 17, 2019 at 10:00 a.m.

Dated: November 12, 2019  /S/ *Susan St. Vincent*
Susan St. Vincent
Legal Officer
Yosemite National Park

1

Dated: November 12, 2019        /S/*Hannah Labaree*
                                Hannah Labaree
                                Assistant Federal Defender for
                                Kasie Lydell


Dated: November 12, 2019        /S/*Carol Moses*
                                Carol Moses
                                Attorney of record for
                                Brian Reed

ORDER

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the November 19, 2019 review hearings for Kasie Lydell, in case 6:18-mj-0032-JDP, and Brian Reed, in case 6:18-mj-0045 JDP, are continued to December 17, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: November 12, 2019

_____
UNITED STATES MAGISTRATE JUDGE